

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00383-CV

JACQUELINE SUE WICKWARE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 53rd District Court[1]
Travis County, Texas
Trial Court No. D-1-GN-19-000066, Honorable Karin Crump, Presiding

February 21, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Jacqueline Sue Wickware, proceeding pro se, appeals from the trial court's summary judgment in favor of appellee, the State of Texas. Wickware's brief was originally due December 12, 2019, but was not filed. We subsequently granted her two extensions to file a brief. By letter of January 22, 2020, we notified Wickware that the appeal was subject to dismissal for want of prosecution if her brief was not received by

---

[1] This appeal was transferred to this Court from the Third Court of Appeals by order of the Texas Supreme Court. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

February 10.  TEX. R. APP. P. 38.8(a)(1).  To date, Wickware has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution.  TEX. R. APP. P. 38.8(a)(1).

Per Curiam